RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Davon Johnson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVON JOHNSON,<br><br>        Defendant. | Case No. 2:24-cr-00112-RFB-NJK<br><br>**STIPULATION TO EXTEND RESPONSE DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Brenna Bush, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Davon Johnson, that the defendant's response to the Government's Motion in Limine currently due on February 28, 2025 be vacated and reset to April 14, 2025.

The Stipulation is entered into for the following reasons:

1. Defense counsel require additional time to effectively and thoroughly investigate the case before filing a response.

2. Defendant Davon Johnson is incarcerated and does not object to the continuance.

1       3.      The parties agree to the continuance.

2       4.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation.

This is the first stipulation to for extension of time to file response.

DATED this 26th day of February 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
|   */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |   */s/ Brenna Bush*<br>By_____<br>BRENNA BUSH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVON JOHNSON,<br><br>            Defendant. | Case No. 2:24-cr-00112-RFB-NJK<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel require additional time to effectively and thoroughly investigate the case before filing a response.

2. Defendant Davon Johnson is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## **ORDER**

IT IS THEREFORE ORDERED that the defendant's response to the Government's Motion in Limine due February 28, 2025 is vacated and reset to April 14, 2025.

DATED this  27  day of February 2025.

_____
UNITED STATES DISTRICT JUDGE